# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

direct: 212-381-8729
e-mail: skolatch@ctswlaw.com

September 21, 2023

**Via ecf and email**
Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Court, S.D.N.Y
40 Foley Square, Room 2103
New York, New York 10007



Re: *Israel Aerospace Industries, Ltd. v. Aircraft Engine Lease Finance, Inc.*
Case No. 23-cv-05516 (KPF)

Dear Judge Failla:

    This firm represent plaintiff Israel Aerospace Industries, Ltd. ("IAI") in the above referenced action. We write to respectfully request an adjournment of the initial pre-trial conference currently scheduled for Friday, September 29, 2023, at 3:30 pm. This is the first request for an adjournment of this conference. Counsel for defendant Aircraft Engine Lease Finance ("AELF") consents to this request.

    The reason for the request is threefold. First, the scheduled date of the conference is on the eve of the Jewish holiday of Succoth, which I observe. I expect to be traveling at the time of the conference. Second, IAI is located in Israel and is closed for most of the Jewish holidays. The employees will not return to the office until Sunday, October 8, 2023, and will not be available to assist in discovery, including initial disclosures, until they return. Third, we have submitted a pre-motion letter to the Court seeking leave to move to dismiss AELF's counterclaim. AELF's counsel has indicated that they intend to submit a response to the letter, which might affect the scope of discovery.

    We respectfully request that the conference be adjourned until a date convenient for the Court during the weeks of October 9 or 16 (with the exception of October 10), or another thereafter convenient for the Court.

    We appreciate the Court's consideration of this request.

Respectfully submitted,

*Sari E. Kolatch*

Sari E. Kolatch

Application GRANTED.  The conference currently scheduled for September 29, 2023, is hereby ADJOURNED to **October 11, 2023,** at **11:00 a.m.**  As the Court understands that Defendant intends to respond to Plaintiff's pre-motion letter, this conference will be converted to a pre-motion conference to address the issues raised by the parties in their submissions.

As before, the conference will be telephonic.  The dial-in information is as follows: On **October 11, 2023,** at **11:00 a.m.,** the parties shall call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motions at docket numbers 16 and 17.

Dated:    September 22, 2023          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE