USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ISRAEL AEROSPACE INDUSTRIES, LTD.,

                                          Plaintiff,

            -against-

AIRCRAFT ENGINE LEASE FINANCE, INC.,

                                          Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-5516 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 23). A telephone conference will be held on **Wednesday, November 8, 2023 at 4:00 p.m. in** advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge