UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ISRAEL AEROSPACE INDUSTRIES, LTD.,

                              Plaintiff,

              -against-

AIRCRAFT ENGINE LEASE FINANCE, INC.,

                              Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/15/2023

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**23-CV-5516 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing the Zoom platform is scheduled for

**Thursday, February 8, 2024 at 10:00 a.m.**  Counsel for the parties are directed to send a Zoom

invitation to Judge Parker's chambers prior to the scheduled conference date.  Corporate

parties must send the person with decision making authority to settle the matter to the

conference.  The parties are instructed to complete the Settlement Conference Summary

Report and prepare pre-conference submissions in accordance with the Judge Parker's

Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later

than **February 1, 2024 by 5:00 p.m.**

A Pre-settlement telephone conference will be held on **Thursday, January 4, 2024 at**

**4:00 p.m.** in advance of the settlement conference.  Counsel for the parties are directed to call

Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-**

**5269, Access code: 4858267**.

**SO ORDERED.**

Dated: November 15, 2023
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge