UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL AEROSPACE INDUSTRIES, LTD.,<br><br>        Plaintiff/<br>        Counterclaim Defendant,<br><br>        -v.-<br><br>AIRCRAFT ENGINE LEASE FINANCE, INC.,<br><br>        Defendant/<br>        Counterclaim Plaintiff. | 23 Civ. 5516 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 4, 2024, the Court was notified that the parties were unsuccessful at reaching a settlement in this matter. Accordingly, the parties are **ORDERED** to submit a joint letter proposing next steps on or before **March 18, 2024**.

    SO ORDERED.

Dated:   March 4, 2024
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge