# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

direct:  212-381-8729
email:  skolatch@ctswlaw.com

March 19, 2024

**Via ECF and Email**

Hon. Katherine Polk Failla
United States District Court, S.D.N.Y
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:   *Israel Aerospace Industries, Ltd. v. Aircraft Engine Lease Finance, Inc.*
        Case No. 23-cv-05516 (KPF)

Dear Judge Failla:

    This firm represents plaintiff Israel Aerospace Industries Ltd. ("IAI") in the above-referenced action.  I am writing to request an adjournment of the initial pre-trial scheduling conference.

    The conference is currently scheduled for April 3, 2024 at 12:00.  Unfortunately, I have a previously scheduled appointment out of the office at that time.  This is IAI's first request for an adjournment.  Defendant's counsel does not object to the request.  There are no other days that week when both parties are available, but we are all available on April 9th through 12th, if there is a date during that time that is convenient for the Court.

    We appreciate in advance the Court's consideration of this request.

Respectfully submitted,

*Sari E. Kolatch*

Sari E. Kolatch

cc:  All counsel of record (via ECF)

420 Lexington Avenue  |  New York, New York 10170  |  Phone: 212.586.5800  |  Fax: 212.586.5095  |  www.ctswlaw.com

Application GRANTED. As the parties have represented, via email to the Court, that an initial pretrial conference is unnecessary, given that the facts of the matter have not materially changed since the pre-motion conference held before the Court on October 11, 2023 (*see* October 11, 2023 Minute Entry), the initial pretrial conference scheduled for April 3, 2024, is hereby ADJOURNED *sine die*.

The parties shall file their joint statement and proposed civil case management plan, pursuant to the Court's Notice of Initial Pretrial Conference, on or before **April 2, 2024**. (Dkt. #9).

The Clerk of Court is directed to terminate the pending motion at docket entry 29.

Dated:     March 19, 2024             SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE